**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV12-02765 JAK (PLAx) | Date | April 29, 2013 |
| Title | Constructive Designs, LLC v. Pepsi Cola Company | | |

Present: The Honorable     JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On April 26, 2013, Plaintiff filed "Notice of Settlement" (Dkt. 51). The Court sets an Order to Show Cause re Dismissal for June 17, 2013 at 1:30 p.m. If the parties file a dismissal by June 3, 2013, the matter will be taken off calendar and no appearance by counsel will be required.

The June 24, 2013 Post Mediation Status Conference, November 18, 2013 Final Pretrial Conference and Exhibit Conference, and December 3, 2013 Trial are vacated.

**IT IS SO ORDERED.**

:

Initials of Preparer     ak